AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 MAR 20  PM 4:57
CLERK M.arin
SO. DIST. OF GA.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Joseph Henley | ) | Case No. 1:18mj 013 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   March 15, 2018   in the county of   Richmond   in the
Southern   District of   Georgia   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 751 | Escape |

This criminal complaint is based on these facts:
See Attached Affidavit of DUSM Charles Brant

☑ Continued on the attached sheet.

_____
Complainant's signature

Charles Brant, DUSM
Printed name and title

Sworn to before me and signed in my presence.

Date:   03/20/2018

_____
Judge's signature

City and state:   Augusta, Georgia       Brian K. Epps, U.S. Magistrate Judge
Printed name and title

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2018 MAR 20 PM 4: 57

CLERK M. ariw
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA

v.   Case Number: 1:11CR005
     U.S. Marshal's No.: 16900-021

JOSEPH HENLEY

### AFFIDAVIT

Comes now United Stated Marshals Service Deputy Charles Brant, Federally Certified officer of the United States Marshal Service for the past 10 years and currently assigned to the United States Marshal Service – Southern District of Georgia, and therefore a Federal investigative law enforcement officer having been duly sworn, Affiant shows the following in an application for a criminal complaint/arrest warrant:

Joseph HENLEY is currently serving the remainder of a 120 month sentence for Possession of Stolen Firearms in case No 1:11CR 005, which was imposed on March 9th, 2011 by Judge J Randall Hall in the United State District Court for the Southern District of Georgia.

On August 22, 2017 HENLEY was transferred to DISMAS, a federal half way house, in Augusta, Georgia to complete his federal sentence. On January 16, 2018 to February 16th, 2018 HENLEY was housed at Lincoln County Jail for Federal Bureau of Prisons for failing to follow all the rules at DISMAS. HENLEY was returned to DISMAS on February 16, 2018. On March 15, 2018, Deputy Charles Brant was notified by the Federal Bureau of Prisons that federal inmate Joseph HENLEY escaped from the DISMAS Facility in Augusta, Georgia, by cutting off his GPS leg monitor and not returning to the facility. Failure to return to the facility is considered escaping from federal custody.

Deputy Brant spoke with Cheryl Frazier, the director of the DISMAS of Augusta facility,

and Cheryl Frazier had a phone conversation with HENLEY on March 15, 2018 after HENLEY had cut his GPS monitoring. HENLEY told Frazier that he was south of Atlanta and was turning around to return to the DISMAS of Augusta facility. Since that conversation, HENLEY has not returned to DISMAS and remains at large.

Based upon the above sworn information, applicant believes that HENLEY has fled the area and is actively eluding law enforcement officials in violation of 18 U.S.C. § 751, Escape.

_____
Deputy U.S. Marshal Charles Brant
Southern District of Georgia

Sworn to and subscribed before me
this 20th day of March, 2018

_____
Judge Brian K. Epps
United States Magistrate
Southern District of Georgia